

**United States District Court**

**Southern District of Florida**

**Miami Division**

19 TP 20080 RNS

UNITED STATES OF AMERICA,

CASE NO. 294-0053

v.

MARVIN CAMPBELL

Movant.

**MOTION TO TERMINATE SUPERVISED RELEASED AFTER**

**COMPLETION OF ONE-YEAR OF SUPERVISION**

**PURSUANT TO TITLE 18 U.S.C. S 3583(e)(1)**

**NOW COMES,** Marvin Campbell, appearing pro se, and files this Motion to Terminate Supervised Release, pursuant to U.S.C. 3583(e)(1).

**INTRODUCTION**

The district court enjoys "broad discretion" when, after "tak[ing] into account a variety of considerations, including the nature of the offense and the history of the offender, as well as any implications of public safety and deterrence," it discharges a defendant's supervised release. See United States v. Jeanes, 150 F.3d 548, 484 (5ᵗʰ Cir 1998). "These [factors] are largely the same considerations the court must assess when imposing the original sentence." *Id.*

Title 18 U.S.C. 3583(e)(1) states that: "The court may, after considering the factors set forth in section (a)(l), (a)(2)(B), (a)(2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the person released and the interest of justice."

"Claims of injustice or unfairness may be properly evaluated—as one factor among many-under the board and general directive of 3583(e)(1)." Jeanes at 484-485. However, the court must be "satisfied that such action is warranted by the conduct of the defendant and in the interest of justice." *Id.*

As the Supreme Court has noted:

[3538(e)(1)] is the unequivocal provision for ending the term of supervised release without the possibility of its reimpostion or continuation at a later time. Congress wrote that when a court finds that a defendant's conduct and the interest of justice warrant it, the court may "terminate a term of supervised

1

release and discharge the person released," once at least a year of release time has been served. <u>Johnson v. United States</u>, 529 U.S. 694, 120 S.Ct. 370, 146 L.Ed. 2d 727, 738 (2000).

## DISCUSSION

Movant Marvin Campbell respectfully asks this court to terminate his supervised release for his "conduct" while on supervised release and in the "interest of justice."

### I.

Mr. Campbell has shown exemplary post-conviction adjustment and conduct in his supervision responsibilities. He has fully complied with the court's express terms of supervision, including abstaining from drug use (as evidenced by his continued "clean" drug monitoring), fully obeying the law, and diligently complying with the requirements of the Probation Department. Mr. Campbell has tried to live a productive lifestyle by holding steady employment while supporting himself.

### II.

When evaluating his offense conduct, criminal history, and potential for further crimes, Mr. Campbell believes this court can find that his future and continued supervision is not required because he meets the criteria, as suggested by the U.S. Administrative Office of the courts, for early termination, which include: "law-abiding behavior, full compliance with the conditions of supervision, and a responsible, productive lifestyle." See <u>Publication 109</u>, p.37(1993), U.S. Administrative Office of Courts. See also, <u>Publication 109</u>, Chapter III, p. 19-21 (2007 Revision) Mr. Campbell meets all of the following suggested criteria from Publication 109 (p. 20):

1. Stable community reintegration (e.g., residence, family, employment);
2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;
3. No aggravated role in the offense of conviction;
4. No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
5. No recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct);
6. No recent evidence of alcohol or drug abuse);
7. No recent psychiatric episodes);
8. No identifiable risk to the safety of any identifiable victim; and
9. No identifiable risk to public safety based on the Risk Prediction index (RPI).

## CONCLUSTION

WHEREFORE, premises considered, Mr. Campbell asks this court to terminate his supervised release term early for the aforementioned reasons.

DATED: _7 - 10 -20_

Respectfully Submitted,

Mr. Marvin Campbell, Pro Se

895 NW 213 Lame Apt. 202

Miami, FL 33169

## CERTIFICATE OF SERVICE

I Mr. Marvin Campbell, hereby certify that a true and correct copy of the foregoing Motion to Terminate Supervised Release was served, via U.S. Mail, to the following parties on this _10_ day of ___9  July___, 2020

The Honorable Judge Robert Scola

400 N. Miami FL 33128

Mr. Marvin Campbell

895 NW 213 Lane Apt. 202

Miami, FL 33169

(786) 858-2283

3

*May 5, 2020*

**The Honorable Judge Darrin P. Gayles, Southern District of Florida**

**Dear Honorable Judge Gayles:**

   I am writing this Recommendation Letter on behalf of Mr. Marvin Campbell, who I have known The past 2 years, when he would come to speak to The students at The 500 Role Models Student Success Center, which is an Educational Alternative Outdoor Suspension Program, where I serve as A Part-Time Interventionist for Miami-Dade County Public Schools. Mr. Campbell has been a Law-Abiding "Model Citizen since his Re-entry into Main-Stream Society. He is living an Exemplary Life in all categories; from his Personal Life, Family-Life and Community-Involvement. First of all, Mr. Campbell is gainfully employed, working hard consistently every day, which demonstrates his Rehabilitation from a personal perspective. Secondly, Mr. Campbell has demonstrated tremendous growth, development and maturity in maintaining a very healthy and functional family with his wife and children. Finally, Outside of his personal and family life, Mr. Campbell has managed to find time to Volunteer his time with "The Circle of Brotherhood", A Respectable and Reputable Grass-Roots Male organization in Miami-Dade that helps African-American Men, and Men of Color survive and thrive in our Urban Community. Additionally, Mr. Campbell has come to speak to our Students in The Educational Alternative Outdoor Suspension Program of Miami-Dade County Public Schools on numerous occasions about "making better choices" in life moving forward, so that they would not experience what he had to endure because of making the wrong choices. I have written many letters of Recommendation for individuals from A Pastoral Standpoint, as The Senior Pastor of Faith Community Baptist Church, From A Political Standpoint, as The former Commissioner for The City of Miami, District 5 and from an Educational Standpoint, as a Part-Time Interventionist with The Miami-Dade County Public Schools; However I have never been more honored and humbled to write This Letter on behalf of Mr. Marvin Campbell. I pray that This Court would consider Terminating his probation based on his Excellent and Exemplary Behavior because he has truly been "Reformed and Transformed"! Thanking You in advance for Your Consideration.

Sincerely,

Richard P. Dunn II, Senior Pastor

*May 5, 2020*

*The Honorable Judge Darrin P. Gayles, Southern District of Florida*

*Dear Honorable Judge Gayles:*

I am writing this Recommendation Letter on behalf of Mr. Marvin Campbell, who I have known The past 2 years, when he would come to speak to The students at The 500 Role Models Student Success Center, which is an Educational Alternative Outdoor Suspension Program, where I serve as A Part-Time Interventionist for Miami-Dade County Public Schools. Mr. Campbell has been a Law-Abiding "Model Citizen since his Re-entry into Main-Stream Society. He is living an Exemplary Life in all categories; from his Personal Life, Family-Life and Community-Involvement. First of all, Mr. Campbell is gainfully employed, working hard consistently every day, which demonstrates his Rehabilitation from a personal perspective. Secondly, Mr. Campbell has demonstrated tremendous growth, development and maturity in maintaining a very healthy and functional family with his wife and children. Finally, Outside of his personal and family life, Mr. Campbell has managed to find time to Volunteer his time with "The Circle of Brotherhood", A Respectable and Reputable Grass-Roots Male organization in Miami-Dade that helps African-American Men, and Men of Color survive and thrive in our Urban Community. Additionally, Mr. Campbell has come to speak to our Students in The Educational Alternative Outdoor Suspension Program of Miami-Dade County Public Schools on numerous occasions about "making better choices" in life moving forward, so that they would not experience what he had to endure because of making the wrong choices. I have written many letters of Recommendation for individuals from A Pastoral Standpoint, as The Senior Pastor of Faith Community Baptist Church, From A Political Standpoint, as The former Commissioner for The City of Miami, District 5 and from an Educational Standpoint, as a Part-Time Interventionist with The Miami-Dade County Public Schools; However I have never been more honored and humbled to write This Letter on behalf of Mr. Marvin Campbell. I pray that This Court would consider Terminating his probation based on his Excellent and Exemplary Behavior because he has truly been "Reformed and Transformed"! Thanking You in advance for Your Consideration.

Sincerely,

Richard P. Dunn II, Senior Pastor



**THE CIRCLE**
**OF BROTHERHOOD™**

"Black Men Solving Their Own
Community Problems"

**May 18, 2020**

**Character Reference : Mr. Marvin Campbell**

**To Whom It May Concern;**

I am Lyle Muhammad and have the distinct honor of serving as the Executive Director of The Circle of Brotherhood.This correspondence is written on behalf of Mr. Marvin Campbell a dedicated member of the Circle of Brotherhood.The mission of the Circle of Brotherhood (COB) is to involve primarily Black Men in solving community problems and to help make our communities a decent place to live. We have primary focuses on youth development, crime prevention and economic sustainability.

We believe that all men regardless of their past, current status, or station in life deserve an opportunity to contribute to the rebuilding of our communities and the edification of disenfranchised people. We strive to do this through a collective and collaborative manner. The founding members formulated the organization in 2013 based upon a call to action for unity and collaboration, to address the manifold issues related to increased violence in Miami's fifth district. Our service and influence now spans throughout South Florida.

Upon the recommendation of his brother, Mr. Campbell sought to become a member of our organization  upon his release from federal prison in  2016. Since becoming a member in 2017 Marvin has played an extremely vital role in counseling and mentoring youth who are deemed at risk and vulnerable. He has been able to reach youth that others have struggled to connect with. Mr. Campbell has led and participated in many of our school and community based programs. I have personally watched Marvin volunteer to take on the most difficult of the difficult with success after success.

There is no question in my mind that he has found and developed a passion and calling for mentoring. Furthermore his mentorship has spilled over into the ranks of men in our organization. Mr. Campbell has been and continues to be a role model for conflict resolution,



**THE CIRCLE**
OF BROTHERHOOD™
"Black Men Solving Their Own
Community Problems"

May 18, 2020

**Character Reference : Mr. Marvin Campbell**

**To Whom It May Concern;**

I am Lyle Muhammad and have the distinct honor of serving as the Executive Director of The Circle of Brotherhood.This correspondence is written on behalf of Mr. Marvin Campbell a dedicated member of the Circle of Brotherhood.The mission of the Circle of Brotherhood (COB) is to involve primarily Black Men in solving community problems and to help make our communities a decent place to live. We have primary focuses on youth development, crime prevention and economic sustainability.

We believe that all men regardless of their past, current status, or station in life deserve an opportunity to contribute to the rebuilding of our communities and the edification of disenfranchised people. We strive to do this through a collective and collaborative manner. The founding members formulated the organization in 2013 based upon a call to action for unity and collaboration, to address the manifold issues related to increased violence in Miami's fifth district. Our service and influence now spans throughout South Florida.

Upon the recommendation of his brother, Mr. Campbell sought to become a member of our organization  upon his release from federal prison in  2016. Since becoming a member in 2017 Marvin has played an extremely vital role in counseling and mentoring youth who are deemed at risk and vulnerable. He has been able to reach youth that others have struggled to connect with. Mr. Campbell has led and participated in many of our school and community based programs. I have personally watched Marvin volunteer to take on the most difficult of the difficult with success after success.

There is no question in my mind that he has found and developed a passion and calling for mentoring. Furthermore his mentorship has spilled over into the ranks of men in our organization. Mr. Campbell has been and continues to be a role model for conflict resolution,

healing past wounds and hurt, along with being an excellent example of a husband and repenting father. Not only has he accumulated more than 1,500 hours of community service, Mr. Campbell has successfully launched a lecture series for youth suspended from school and deemed at risk for incarceration, participated in our civil service training for police officers and is one of our most requested role models. Lastly his service and passion has motivated his wife to get involved and work with troubled young girls. They are a dynamic duo and a breath of consistent fresh air that our community desperately needs. Marvin is truly a man of great character, redemption and transformation.

,
Sincerely Submitted
*Lyle Muhammad*
Lyle Muhammad
Executive Director /Circle of Brotherhood

Date:

To Whom it may concern

I am pleased to write this letter in support of Mr. Marvin Campbell and the motion that is before you to grant early termination of Supervised Released. I have known Mr. Campbell for the better part of two decades in my capacity as a Commissioner in Miami-Dade, District 9. Mr. Campbell is and has always been a committed community servant who has dedicated his time to educate and support small businesses and business minded individuals make their dreams a reality.

Mr. Campbell is a Member of the Circle of Brotherhood. Today Your Honor you have the opportunity to do more that grant early termination of Marvin's Supervised Release. By helping someone who has had such a positive influence in this community you will also help restore and strengthen our faith in the system of justice and redemption that we all pledged allegiance to. It is my hope that we can help him with the same enthusiasm and compassion that he has shown to help others.


Regards.

Date:

To Whom It May Concern:

I am very pleased to offer this letter of recommendation on behalf of Mr. Marvin Campbell. I have known Mr. Campbell for more than 15 years and he has been a jewel to this community and a pleasure to work with since the day I meet him. I've watched Marvin grow from a young man, who was rough around the edges, into a polished community advocate and all around guy. He consistently works in neighborhoods and with individuals that no one else will. He has a passion for economic development and has helped to employ hundreds of individuals from "hard to serve" populations.

The work he has done in the Circle of Brother is nothing short of extraordinary. Marvin is a pillar in this community and a role model for those trying to turn their lives around and become productive citizens. Marvin always has a smile on his face and a kind word for everyone. He truly wants to see people in his community acquire and maintain a better quality of life and he works tirelessly to accomplish this goal. Marvin is a shining example of what someone can do when given a second chance at life.

I think highly of Mr. Marvin Campbell and I offer this letter of recommendation without reservations.

Should you have any questions, please do not hesitate to contact me at

Yours sincerely,

Date:
Re: Marvin Campbell

To Whom It May Concern:

Please accept this letter on behalf of Mr. Marvin Campbell, who is seeking early termination of his Supervised Release. I have known Mr. Campbell for more than 20 years and have had the opportunity to watch him re-establish himself, improve his life and dedicate his time in serving his community with love and respect. As an individual who has known dark years in a penitentiary, Mr. Campbell has emerged with a new purpose and drive. He is a hard worker and conveys undeniable determination to make a positive impact in all of his endeavors. Over the years, I consistently saw evidence of his passion, caring, commitment and persistence to the Circle of Brotherhood's mission in solving their community problems and making our neighborhood a safer place to live. Marvin has worked hard to rebuild his life and create a good reputation. He has also become one of the best examples of redemption in Miami-Dade County. He is an inspiration for so many.

Marvin has exemplified the will to turn his life around and I am sure among a long list of community leader who support his motion. He has my highest recommendation. Please don't hesitate to contact me with any additional questions at...

With Warm Regards,

*Stephnie Dorsey*

DATE:

TO WHOM IT MAY CONCERN,

I felt quite honored when my friend Mr. Marvin Campbell asked me to write a reference letter on his behalf. So, it is with pleasure that I submit this letter of recommendation.

Mr. Campbell is a very helpful and respectful person in our community. One can rely on him to come through for them in a difficult situation. I can remember vividly during the hurricane season how Mr. Campbell came of my home and did most of the hard and tedious labor of cutting down and removing the trees and debris that was in my yard. To this day, my family has borrowed the State Farm's Slogan and applied it to Mr. Campbell by saying "Like a good neighbor, Mr. Campbell is here."

Mr. Campbell is a member of the Circle of Brotherhood, and giving his support to the many Farm Share food distributions throughout our community. He is a leader and a team player. He is loved by the young and the old in our community. And we thank God for him.

YOURS TRULY,   Serge Fontaine





































To: Probation Officer Chip Jackson
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor
Miami, Florida 33128

Re: Permission to allow Mr. Marvin Campbell case number 294-0053 to participate in our annual all men self-improvement retreat (Cruise) to Nassau Bahamas.

Dear Mr. Jackson,

First let me start by thanking you for your service to the community and the residents of your jurisdiction. My name is Leroy Jones I was born in Savannah Georgia. My family and I moved to Miami Florida when I was 9 years of age. I'm now 55 years of age. I been married for 17 years to a beautiful woman whom I grew up with in government housing. I'm also a father and stepfather of 11 children. For the record I'm also a former convicted felon who recently receive my restoration of my voting rights by the governor of the State of Florida and his cabinet last year. I must say my life started off rough, but I don't blame anyone, and I take full responsibility for my past. I'm also a strong believer it's not how you start the race but how you finish it.

Through diligence and hard work, I'm now being called by some the most respected and active grassroot small business owners and community organizers in Miami-Dade County. My work has been featured well over 300 times in various newspapers, and I have received over 50 plaques and certificates for my services. My organization, Neighbors and Neighbors Associates is responsible for creating government programs have gained national attention.

I serve my community whole heartedly and to date have donated at least 35% of my income back into the neighborhood on a yearly basis. My work has been noticed and praised by local elected officials who have sought to implement my programs within their areas.

I have all these accreditations and praises, and second to being a great dad and a super husband, my greatest achievement today is being the lead organizer for a very young organization called the Circle of Brotherhood; which is a small grass root organization comprised of men working hard to solve problems in our community.

We like to say we have guys in our group whose backgrounds range from the suites to the streets. We have men in our organization whom have never seen or been in the back of a police car to men who have done over 20 years in prison.

Therefore, I am proud to write this Letter on behalf of Mr. Marvin Campbell, a very proud and active member of the Circle of Brotherhood. He has gained the respect of executive members and the admiration of new incoming members. He serves as an Inspiration to his entire team.

Many of our group members respect his background and upbringing. He has inspired others to change their way of thinking so dramatically to where most have developed the belief to become givers and not takers unto the community.

Believe it or not, even with all my accomplishments, he's becoming a role model in my life.

He often mentions about how grateful he is for being given the opportunity to work for U-Haul and how much he loves his job. He was recently one of the keynote speakers for the Save Our Sons event, which is an annual event hosted by former NBA basketball star Alonzo Mourning.

In closing your honor, I have no doubt in my mind that Mr. Campbell is going to continue to be an upright citizen that everyone in his community will continue to Admire.

I have enclosed some information about myself as well as a few photos of Mr. Campbells participation in the COB.

I thank you for your time and consideration regarding this matter. and hope that you would Grant in our favor Mr. Campbell the opportunity to participate in the 3-day all-expense-paid retreat.


Respectfully,



Leroy Jones

If you have any questions, please give me a call at 305-993-9470

**Please Note:** Here are links to provide more information about me and the organization.

Leroy Jones: Google Leroy Jones Miami or Leroy Jones NANA

Circle of Brotherhood: Facebook – Circle of Brotherhood

Instagram: https://www.instagram.com/p/BgMZLvFHRon/

Circle of Reality Law Enforcement Training:
https://www.nbcmiami.com/on-air/as-seen-on/Circle-of-Brotherhood-Training-
Program_Miami-488200551.html















Leroy Jones <leroy@nanafl.org>

## Appointment Letter/Oath of Office documents
1 message

**Smith, Loren (COC)** <Loren.Smith@miamidade.gov>        Mon, Jun 8, 2020 at 11:28 AM
To: Leroy Jones <leroy@nanafl.org>
Cc: "Owens, Deldra M. (Office of the Chair)" <Deldra.Owens@miamidade.gov>

Dear: Mr. Jones,

On behalf of Ms. Melissa Adames, Acting Director, Clerk of the Board Division, please refer to the attached letter concerning your appointment to serve as a member of the Goods and Services Task Force.

If I may be of further assistance please do not hesitate to call me.


Warmest Regards,

***Renee Smith, County Commission Clerk III***

Clerk of the Board Division

***County Board Coordinator***

Harvey Ruvin, Clerk of Courts

111 NW 1st Street, Suite 17-202

Miami, Florida 33128

Direct Line : 305-375-1287

Email Address: Lorens@miamidade.gov

***Leadership Making Sure Impact Last in your Absence***




---

**2 attachments**

📄 **Congratulations Letter Leroy I Jones (By Commissioner Edmonson).pdf**
463K

📄 **Oath of Office (Leroy Ivory Jones) 6-5-2020.pdf**
170K



**MIAMI-DADE COUNTY**
**CLERK OF THE BOARD**
**BOARD/COMMITTEE MEMBER INFORMATION FORM**

**NAME OF BOARD/COMMITTEE:** Goods and Services Task Force

**MEMBER NAME:** Jones, Leroy Ivory

                  *LAST*              *FIRST*             *MIDDLE*

**GENDER:** ☒ MALE ☐ FEMALE

**HOME ADDRESS:** 1892 NW 112 Street
*(NO P.O. BOX PLEASE)* Miami, FL 33167

        *CITY*               *STATE*             *ZIP CODE*

**BUSINESS NAME:** Neighbors And Neighbors Association, Inc.

**BUSINESS MAILING ADDRESS:** 5120 NW 24th Ave

                                       Miami, FL 33142

                                       *CITY*              *STATE*             *ZIP CODE*

**HOME PHONE:** 786-426-6263

**BUSINESS PHONE:** 305-756-0605

**FAX NUMBER:** 305-756-6008

**CELLULAR PHONE:** 786-426-6263

**E-MAIL ADDRESS:** Leroy@nanafl.org

**ALTERNATE E-MAIL ADDRESS:** N/A

**NOTE:** IT IS THE RESPONSIBILITY OF THE BOARD MEMBER TO NOTIFY THE BOARD SECRETARY/LIAISON AND THE CLERK OF THE BOARD OF COUNTY COMMISSIONERS OF ANY CHANGES TO HIS OR HER CONTACT INFORMATION.

**I WILL COMPLETE / HAVE COMPLETED COUNTY ADVISORY BOARD "ETHICS TRAINING" ON** Oct. 26, 2018 **.**
*(PURSUANT TO MIAMI-DADE COUNTY RESOLUTION R-189-05, MEMBERS OF ALL COUNTY BOARDS SHALL BE REQUIRED TO COMPLETE AN ETHICS TRAINING COURSE CONDUCTED BY THE COMMISSION ON ETHICS & PUBLIC TRUST. A REGISTRATION FORM HAS BEEN PROVIDED IN YOUR PACKET. YOU MAY OBTAIN THE TRAINING SCHEDULE AT HTTP://ETHICS.MIAMIDADE.GOV/TRAINING.ASP.)*

*CERTAIN LOCAL OFFICERS WHO ARE REQUIRED TO COMPLY WITH STATE FINANCIAL DISCLOSURE REQUIREMENTS AND FILE AS PER FLA. STAT. 112.3145, AUTOMATICALLY SATISFY THE COUNTY'S FINANCIAL DISCLOSURE REQUIREMENTS. IF YOU ARE NOT SURE ABOUT WHICH FORM TO FILE, PLEASE CONSULT WITH YOUR BOARD'S SECRETARY OR YOU MAY CONTACT THE COUNTY'S DEPARTMENT OF ELECTIONS OR THE COMMISSION ON ETHICS & PUBLIC TRUST.*

**SIGNATURE OF ACKNOWLEDGEMENT:**

June 9, 2020
*DATE*

*REV. 1/19/18*

# OATH OF OFFICE

STATE OF FLORIDA          }
COUNTY OF MIAMI-DADE      }

I, **Leroy Ivory Jones**, do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State; and that I will well and faithfully perform the duties as a member of the *Goods and Services Task Force* on which I am now about to enter.  So help me God.



_____
(Signature)

State of __FL__ , County of __Miami Dade.__
Sworn and Subscribed before me this ____9th____ day of
____June____ , 20 __20__ . By __Leroy Ivory Jones__
who is personally known __X__ or produced identification ____.
Type of Identification Produced _____



Notary Public in and for the State of ____FL____ at Large
My commission expires: __OCTOBER 24, 2023__ .

(Notary Seal)

ALICE TOWNSEND-OWENS
Notary Public - State of Florida
Commission # GG 925653
My Comm. Expires Oct 24, 2023
Bonded through National Notary Assn.

OR

_____

Deputy Clerk

# Harvey Ruvin
## CLERK OF THE CIRCUIT AND COUNTY COURTS
Miami-Dade County, Florida



**CLERK OF THE BOARD OF COUNTY COMMISSIONERS**
STEPHEN P. CLARK CENTER
SUITE 17-202
111 N.W. 1st Street
Miami, FL 33128-1983
Telephone: (305) 375-5126

June 5, 2020

Mr. Leroy Ivory Jones
5120 NW 24th Ave
Miami, FL 33147

Dear Mr. Jones:

Congratulations! I am pleased to inform you that on May 21, 2020, the Honorable *Audrey M. Edmonson*, Miami-Dade County Commissioner, District 3, appointed you to serve as a member of the *Goods and Services Task Force*. Your term of service is currently set to expire on May 21, 2021, subject to other code or rule requirements that apply to your Task Force.

Should you accept this appointment, the attached Oath of Office must be completed and attested before a Notary Public. Please return the notarized Oath and the attached Board Member Information form to this office (via email) as not to delay your membership on the *Task Force*. The *Task Force's* secretary will contact you with further information regarding meeting dates, times, locations, training opportunities and financial disclosure requirements. A copy of your Oath must be presented at your first meeting.

Additionally, pursuant to State and/or County law, any individual appointed or re-appointed to serve on a Miami-Dade County board, agency, council, committee and/or trust is required to file a Source of Income Statement with the Miami-Dade Elections Department within 30 days of appointment, and then annually by July 1st of each year. **Please note that failure to file financial disclosure may result in penalties being assessed and/or your removal as a board member.** To access the form or should you have any questions pertaining to the financial disclosure requirement, please contact the Miami-Dade County Commission on Ethics and Public Trust at www.ethics.miamidade.gov or Miami-Dade Department of Elections, at www.miamidade.gov/elections.

Once again, congratulations on your appointment. If you need further assistance in this regard, please do not hesitate to contact this office at (305) 375-1287.

Sincerely,

HARVEY RUVIN, Clerk
Circuit and County Courts

By _____
Melissa Adames, Interim Director
Clerk of the Board Division

MA:lrs
Attachments

Date:

To Whom It May Concern:

I am very pleased to offer this letter of recommendation on behalf of Mr. Marvin Campbell. I have known Mr. Campbell for more than 15 years and he has been a jewel to this community and a pleasure to work with since the day I meet him. I've watched Marvin grow from a young man, who was rough around the edges, into a polished community advocate and all around guy. He consistently works in neighborhoods and with individuals that no one else will. He has a passion for economic development and has helped to employ hundreds of individuals from "hard to serve" populations.

The work he has done in the Circle of Brother is nothing short of extraordinary. Marvin is a pillar in this community and a role model for those trying to turn their lives around and become productive citizens. Marvin always has a smile on his face and a kind word for everyone. He truly wants to see people in his community acquire and maintain a better quality of life and he works tirelessly to accomplish this goal. Marvin is a shining example of what someone can do when given a second chance at life.

I think highly of Mr. Marvin Campbell and I offer this letter of recommendation without reservations.

Should you have any questions, please do not hesitate to contact me at

Yours sincerely,

Date:

Re: Marvin Campbell


To Whom It May Concern:

Please accept this letter on behalf of Mr. Marvin Campbell, who is seeking early termination of his Supervised Release. I have known Mr. Campbell for more than 20 years and have had the opportunity to watch him re-establish himself, improve his life and dedicate his time in serving his community with love and respect. As an individual who has known dark years in a penitentiary, Mr. Campbell has emerged with a new purpose and drive. He is a hard worker and conveys undeniable determination to make a positive impact in all of his endeavors. Over the years, I consistently saw evidence of his passion, caring, commitment and persistence to the Circle of Brotherhood's mission in solving their community problems and making our neighborhood a safer place to live. Marvin has worked hard to rebuild his life and create a good reputation. He has also become one of the best examples of redemption in Miami-Dade County. He is an inspiration for so many.

Marvin has exemplified the will to turn his life around and I am sure among a long list of community leader who support his motion. He has my highest recommendation. Please don't hesitate to contact me with any additional questions at...


With Warm Regards,


Stephanie Dorsey

Date:

To Whom it may concern

I am pleased to write this letter in support of Mr. Marvin Campbell and the motion that is before you to grant early termination of Supervised Released. I have known Mr. Campbell for the better part of two decades in my capacity as a Commissioner in Miami-Dade, District 9. Mr. Campbell is and has always been a committed community servant who has dedicated his time to educate and support small businesses and business minded individuals make their dreams a reality.

Mr. Campbell is a Member of the Circle of Brotherhood. Today Your Honor you have the opportunity to do more that grant early termination of Marvin's Supervised Release. By helping someone who has had such a positive influence in this community you will also help restore and strengthen our faith in the system of justice and redemption that we all pledged allegiance to. It is my hope that we can help him with the same enthusiasm and compassion that he has shown to help others.

Regards.

DATE:

TO WHOM IT MAY CONCERN,

I FELT QUITE HONORED WHEN MY FRIEND MR. MARVIN CAMPBELL ASKED ME TO WRITE A REFERENCE LETTER ON HIS BEHALF. SO, IT IS WITH PLEASURE THAT I SUBMIT THIS LETTER OF RECOMMENDATION.

MR. CAMPBELL IS A VERY HELPFUL AND RESPECTFUL PERSON IN OUR COMMUNITY. ONE CAN RELY ON HIM TO COME THROUGH FOR THEM IN A DIFFICULT SITUATION. I CAN REMEMBER VIVIDLY DURING THE HURRICANE SEASON HOW MR. CAMPBELL CAME OF MY HOME AND DID MOST OF THE HARD AND TEDIOUS LABOR OF CUTTING DOWN AND REMOVING THE TREES AND DEBRIS THAT WAS IN MY YARD. TO THIS DAY, MY FAMILY HAS BORROWED THE STATE FARM'S SLOGAN AND APPLIED IT TO MR. CAMPBELL BY SAYING "LIKE A GOOD NEIGHBOR, MR. CAMPBELL IS HERE."

MR. CAMPBELL IS A MEMBER OF THE CIRCLE OF BROTHERHOOD, AND GIVING HIS SUPPORT TO THE MANY FARM SHARE FOOD DISTRIBUTIONS THROUGHOUT OUR COMMUNITY. HE IS A LEADER AND A TEAM PLAYER. HE IS LOVED BY THE YOUNG AND THE OLD IN OUR COMMUNITY. AND WE THANK GOD FOR HIM.

YOURS TRULY,     *Serge Fontaine*

Mr. Marvin Campbell
895 N.W. 213 Lane Apt. 202
Miami Gardens, FL. 33169



CERTIFIED MAIL™

7012 0470 0001 0520 3664

The Honorable Judge Robert Scola
Wilkie D. Ferguson Jr. U.S. Courthouse
400 N. Miami Ave
Miami, FL. 33128



USMS INSPECTED

