UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-TP-20080-SCOLA

UNITED STATES OF AMERICA,

v.

MARVIN CAMPBELL,
Defendant.
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**

The Defendant filed a Motion to Terminate Supervised Release. (D.E. 2). The government defers to probation as to a decision on the termination of the Defendant's probation.

WHEREFORE, the government agrees with United States Probation's position as to the termination of the Defendant's probation.

Respectfully submitted,

By: s/ *Robert Moore*_____
Robert F. Moore
Court No. A5502488
Assistant United States Attorney
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9411
Facsimile: (305) 536-4699
E-mail: Robert.Moore@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                                                s/ *Robert F. Moore*
                                                Robert F. Moore